FILED
December 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GUAN ZHANG LUO, )<br>)<br>Defendant. ) | CASE NUMBER: 2:10-cr-00517-GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Guan Zhang Luo ; Case 2:10-cr-00517-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  X   Appearance Bond in the amount of $200,000.00. ($50,000.00 to be secured by available equity in Jenny Luo's property, with the remaining $150,000.00 being unsecured and co-signed by Pak Yan Luo, Jenny Luo, Misty Luo and Zhi Jia Lin.)

  X   (Other) Pretrial Supervision/Conditions; Defendant to be released today upon defendant's signature and Jenny Luo's co-signature on a $200,000.00 unsecured appearance bond.  Misty Luo's co-signature due by close of business on 12/23/2010;  Zhi Ji Lin & Pak Lo co-signatures due by 12/23/2010 (if possible) and no later than 12/27/2010; Jenny Luo's property to be posted by 1/12/2011.

Issued at  Sacramento, CA  on Dec 22, 2010 at 3:15 pm.

By _____
Kendall J. Newman
United States Magistrate Judge