John E. Virga, Esq.    (State Bar # 39451)
**JOHN E. VIRGA, INC**.
A Professional Corporation
721 Eleventh Street
Sacramento, CA  95814
Telephone:  (916) 444-6595
Facsimile:   (916) 444-3318

Attorney for Defendant
Guan Zhang Luo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  2:10 - CR - 517   GEB |
| Plaintiff, | **AMENDED STIPULATION AND ORDER REGARDING APPEARANCE BOND** |
| vs. | |
| HENRY KHENG HO and GUAN ZHANG LUO, | |
| Defendants.                                             / | |

       IT IS HEREBY STIPULATED by and between the United States of America, by and through its counsel  Todd D. Leras, Assistant United States Attorney, and defendant Guan Zhang Luo, by and through his counsel John E. Virga, Esq., as follows:

       Pursuant to the Minutes of the Court at the hearing on December 22, 2010, defendant Guan Zhang Luo was given until January 12, 2011,  to have Jenny Luo's property posted on the appearance bond; that good cause exists to allow defendant Guan Zhang Luo additional time until February 4,  2011, to have said property posted on the appearance bond. I did not realize that I had to go only through Chicago Title Insurance Co. to get a PIRT report.  My office has had numerous conversations with Chicago Title and has requested in writing the PIRT report.  We should be receiving the PIRT report within the next week.  My office is also in the process of preparing the Deed of Trust and other documents that are needed to transfer title of the property in question to the United States District Court.

I have spoken to Taifha Gaskins who is the pre-trial officer assigned to the Luo case. Ms. Gaskins told me that she has no objection to the continuance that is being requested and stated further that Mr. Luo has been "perfect" since he has been out of custody. We are requesting the February 4, 2011, date just in case we run into problems putting all the documents together. However, we expect that all documents will be filed within the next 10 business days. The parties agree that a continuance of the posting date will not prejudice either of them.

Dated: January 12, 2011

/s/ John E. Virga
_____
JOHN E. VIRGA
Counsel for Defendant, Guan Zhang Luo

Dated: January 12, 2011

/s/ Todd D. Leras by John E. Virga
_____
TODD D. LERAS
Assistant United States Attorney

**ORDER**

Based on the representations of counsel and the stipulation between the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** the defendant Guan Zhang Luo shall have until February 4, 2011, to have Jenny Luo's property posted on the appearance bond.

Dated: <u>January 12, 2011</u>.

/s/ Kendall J. Newman
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California