JOHN E. VIRGA (Bar No. 39451)
JOHN E. VIRGA, INC.
A Professional Corporation
721 Eleventh Street
Sacramento, CA 95814
Telephone:    (916) 444-6595
Facsimile:    (916) 444-3318

Attorneys for Defendant
GUAN ZHANG LUO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>HENRY KHENG HO AND GUAN ZHANG LUO,<br><br>   Defendants. | CASE NO. 2:10-CR-517 KJM<br><br>**APPLICATION FOR ORDER OF RECONVEYANCE OF DEED OF TRUST** |

On December 21, 2010, defendant Guan Zhang Luo was arraigned in this matter. On January 12, 2011, the magistrate ordered Mr. Luo released from custody under conditions of pretrial release and upon procurement of a secured property bond. On January 26, 2011, the Court received the collateral from Man K. Wu and Jenny Fangzhen Lu in the form of deed of trust number 0006657790. (See Dkt. #34).

On, March 27, 2015, the Court rendered judgment in this case. Defendant Guan Zhang Luo surrendered in a timely fashion and is currently in custody. He respectfully request that this Court order that the deed of trust be reconveyed.

DATED: August 20, 2015

By: */s/ John E. Virga*
JOHN E. VIRGA
Attorney for Defendant

STIPULATED NON-OPPOSITION: The government has read and considered this Application. Having done so, there is no opposition to granting the Application as requested herein by the Defendant.

DATED: August 20, 2015

By: */s/ John E. Virga for Christiaan Highsmith*
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

**ORDER**

The Defendant, GUAN ZHANG LUO, having been sentenced and surrendered in a timely manner, and with good cause appearing, IT IS HEREBY ORDERED that:

The Deed of Trust previously posted as security in this matter is hereby exonerated and the Clerk of the Court or a designee is directed forthwith to reconvey deed of trust number 0006657790 posted in this matter in Docket Number 34, on January 26, 2011, on the property located at 8117 Cottonwood Lane, Sacramento, California, 95828, to Man K. Wu and Jenny Fangzhen Lu.

Dated:  August 20, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE